UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. MARTHA, | No. C 13-5401 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ICE GOVERNMENT; et al., | |
| Respondents. | |

This action is dismissed without prejudice to petitioner filing a petition in the court of appeals to challenge the removal order and filing a civil rights complaint in the proper venue.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 10, 2013

SUSAN ILLSTON
United States District Judge