UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. MARTHA, | No. C 13-5401 SI (pr) |
| Petitioner, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| ICE GOVERNMENT; et al., | |
| Respondents. | |

Petitioner's motion for reconsideration is DENIED because he has not presented newly discovered evidence, showed that the court committed clear error, or identified an intervening change in the law that affects this case. *See McDowell v. Calderon*, 197 F.3d 1253, 1255 (9th Cir. 1999) (en banc). (Docket # 20.)

IT IS SO ORDERED.

DATED: February 10, 2014

SUSAN ILLSTON
United States District Judge